**Michael Pijanowski, OSB #004426**
mpijanowski@oregonlawcenter.org
**Leslea Smith, OSB #853324**
lsmith@oregonlawcenter.org
**Edward Johnson, OSB #965737**
ejohnson@oregonlawcenter.org
OREGON LAW CENTER
230 NE Second Ave, Suite F
Hillsboro, OR 97124
Phone: (503) 640-4115
Fax: (503) 640-9634

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRINKA A. TURNER, JUNEA R. MURPHY, and JENNIFER L. JUNKINS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS VILSACK, Secretary of the Department of Agriculture; DOUGLAS O'BRIEN, Acting Undersecretary for Rural Development; RICHARD DAVIS, Acting Administrator Rural Housing Service; and VICKI L. WALKER, Oregon RD State Director,<br><br>Defendants. | Case No. 3:13-cv-01900 SI<br><br>PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT |

1 – MOTION

Pursuant to Fed. R. Civ. P. 15, Plaintiffs, by and through their undersigned counsel, move the Court for an order allowing them to amend their Complaint to:

1. Remove Richard Davis, former acting administrator as a defendant and to add the current Rural Housing Service administrator, Tony Hernandez;

2. Add additional factual allegations regarding funding for the property, an attempted purchase of the property, and Defendants' management of the property; and

3. Add an additional claim based on agency mismanagement of the property.

Pursuant to LR 7.1, Plaintiffs have made a good faith effort to resolve this dispute with Defendants, but have been unable to do so.

Pursuant to L.R. 15.1(d), a copy of the proposed amended complaint is attached hereto as Exhibit 1.

DATED this 14th day of January, 2014

                              OREGON LAW CENTER

By:   /s/ Michael Pijanowski
Michael Pijanowski, OSB #004426
Phone: (503) 640-4115
Fax: (503) 640-9634
mpijanowski@oregonlawcenter.org
Of Attorneys for Plaintiffs

2 – MOTION