**Michael Pijanowski, OSB #004426**
mpijanowski@oregonlawcenter.org
 **Leslea Smith, OSB #853324**
lsmith@oregonlawcenter.org
**Edward Johnson, OSB #965737**
ejohnson@oregonlawcenter.org
OREGON LAW CENTER
230 NE Second Ave, Suite F
Hillsboro, OR 97124
Phone: (503) 640-4115
Fax: (503) 640-9634

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRINKA A. TURNER, JUNEA R. MURPHY, and JENNIFER L. JUNKINS, on behalf of themselves and all other similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>THOMAS VILSACK, Secretary of the Department of Agriculture; DOUGLAS O'BRIEN, Acting Undersecretary for Rural Development; RICHARD DAVIS, Acting Administrator Rural Housing Service; and VICKI L. WALKER, Oregon RD State Director,<br><br>                Defendants. | Case No. 3:13-cv-01900 SI<br><br>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Oral Argument Requested |

1 – MOTION FOR CLASS CERTIFICATION

Pursuant to LR 7.1, Plaintiffs have made a good faith effort to resolve this dispute with Defendants, and have been unable to do so.

Plaintiffs' respectfully request that the Court, pursuant to Fed. R. Civ. P. 23(b)(3), certify a class consisting of all residents of Jandina Park Apartments. This motion is supported by Plaintiffs' memorandum of law accompanying this motion.

DATED this 14th day of January, 2014

                    By:    /s/ Michael Pijanowski
                             Michael Pijanowski, OSB #004426
                             Phone: (503) 640-4115
                             Fax: (503) 640-9634
                             mpijanowski@oregonlawcenter.org
                             Of Attorneys for Plaintiffs