**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB #054338**
sean.martin@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1010
Facsimile:   (503) 727-1117
        Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TRINKA A. TURNER,** *et al.***,** | Case No. 3:13-cv-01900-SI |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| **THOMAS VILSACK,** *et al.***,** | |
| Defendants. | |

///

///

Page 1 – JOINT STATUS REPORT; *Turner, et al. v. Vilsack, et al.;* Case No. 3:13-cv-01900-SI

Pursuant to this Court's order of January 23, 2014, dkt 29, the parties file this joint status report. There are ongoing developments that may obviate the need for this litigation, and the parties therefore request that all case deadlines and briefing continue to be suspended. The parties agree to file another joint status report on April 11, 2014.

Dated this 24th day of February, 2014.

                                          Respectfully submitted,

                                          S. AMANDA MARSHALL
                                          United States Attorney
                                          District of Oregon

                                          */s/ Sean E. Martin*
                                          SEAN E. MARTIN
                                          Attorney for Defendants

                                          */s/ Michael Pijanowski*
                                          MICHAEL PIJANOWSKI
                                          Attorney for Plaintiffs