
**Michael Pijanowski, OSB #004426**
mpijanowski@oregonlawcenter.org
**Leslea Smith, OSB #853324**
lsmith@oregonlawcenter.org
**Edward Johnson, OSB #965737**
ejohnson@oregonlawcenter.org
OREGON LAW CENTER
230 NE Second Ave, Suite F
Hillsboro, OR 97124
Phone: (503) 640-4115
Fax: (503) 640-9634

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TRINKA A. TURNER,** *et al.*, | Case No. 3:13-cv-01900-SI |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)** |
| v. | |
| **THOMAS VILSACK,** *et al.*, | |
| Defendants. | |

///

///

Pursuant to FRCP 41(a)(1)(A)(ii), the stipulation of the parties as evidenced below, and the following representations:

USDA has rescinded the notice of default and election to sell the property at issue;

USDA will continue to operate in good faith towards a potential transfer of the property to Community and Shelter Assistance Corp. (CASA) under its current option agreement with CASA; and

USDA will explore and consider options that keep the property in the USDA multifamily housing program, along with other property management options, if the option agreement with CASA does not result in a transfer of the property;

The parties hereby give notice of the voluntary stipulated dismissal of this action, without prejudice.

IT IS SO STIPULATED:

Dated this 5th day of November, 2015.

Respectfully submitted,

OREGON LAW CENTER

*/s/ Michael Pijanowski*
MICHAEL PIJANOWSKI
Attorney for Plaintiffs

BILLY J. WILLIAMS
Acting United States Attorney
District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Attorney for Defendants